

```
FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                  PLAINTIFF<br>v.<br>KENNETH IWAMASA,<br>                  DEFENDANT(S) | CASE NUMBER<br>CR No. **2:24-CR-00408-JAK**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. SANGHA</u>, Case No. CR 24-000236-SPG which:

    __x__    was previously assigned to the Honorable Sherilyn Peace Garnett;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __x__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any): This case arises from the same investigation into the overdose death of Victim M.P. and arises "out of the same conspiracy, common scheme, transaction, series of transactions or events" as <u>United States v. Sangha</u>, CR 24-236-SPG.

Dated: July 5, 2024

                                                                                                      IAN V. YANNIELLO<br>
                                                                                            Assistant United States Attorney