JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY G. DOTSON
Assistant United States Attorney
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Corporate and Securities Fraud
Strike Force
   1500/1100 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:    (213) 894-3667/0762
   Facsimile:    (213) 894-0141
   E-mail:  Ian.Yanniello@usdoj.gov
            Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH IWAMASA, <br><br> Defendant. | No. CR 24-408-SPG <br><br> STIPULATION TO CONTINUE SENTENCING HEARINGS FOR DEFENDANT KENNETH IWAMASA <br><br> **CURRENT SENTENCING DATE: 05/14/25** <br> **PROPOSED SENTENCING DATE: 11/19/25** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, and defendant Kenneth IWAMASA ("defendant"), by and through his counsel of record, Alan Eisner and Dmitry Gorin, hereby stipulate as follows:

1.  On August 8, 2024, defendant pled guilty pursuant to a cooperation plea agreement to count one of the Information, which

charges defendant with distribution of ketamine resulting in death and serious bodily injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i).  During the change of plea hearing, the Court set a sentence date of November 6, 2024.  On October 2, 2024, in response to a stipulation by the parties, the Court ordered a continuance of the sentencing date to May 14, 2025, at 10:00 a.m.

2.  Under the terms of the cooperation plea agreement, defendant agreed to provide information to the government related to the underlying matter.  Co-conspirators Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-count indictment and that trial was recently continued from March 4, 2025 to August 19, 2025.  See United States v. Jasveen SANGHA et. al, Case No. CR 24-236(A)-SPG, Dkt. 75.

//
//

3.   As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from May 14, 2025 to November 19, 2025, or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: 2/28/25

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 2/28/25

ALAN EISNER
DMITRY GORIN
Attorneys for Defendant
KENNETH IWAMASA