UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>KENNETH IWAMASA,<br><br>    Defendant. | No. CR 24-408-SPG<br><br>ORDER CONTINUING SENTENCING <u>HEARING DATE</u><br><br>**SENTENCING DATE: 11/19/25 at 10:00 a.m.** |

   The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant Kenneth IWAMASA ("defendant").  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

   The sentencing for defendant, currently set for May 14, 2025, is continued to November 19, 2025, at 10:00 a.m.

   IT IS SO ORDERED.

  March 4, 2025
 DATE                                    HONORABLE SHERILYN PEACE GARNETT
                                         UNITED STATES DISTRICT JUDGE

Presented by:

 */s/*
 HAOXIAOHAN CAI
 Assistant United States Attorney