BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3667/0762
Facsimile:     (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>KENNETH IWAMASA,<br><br>             Defendant. | No. CR 24-408-SPG<br><br><u>STIPULATION TO CONTINUE SENTENCING HEARINGS FOR DEFENDANT KENNETH IWAMASA</u><br><br>**CURRENT SENTENCING DATE: 11/19/25**<br>**PROPOSED SENTENCING DATE: 01/14/26** |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, and defendant Kenneth IWAMASA ("defendant"), by and through his counsel of record, Alan Eisner and Dmitry Gorin, hereby stipulate as follows:

1. On August 8, 2024, defendant pled guilty pursuant to a cooperation plea agreement to count one of the Information, which

charges defendant with distribution of ketamine resulting in death and serious bodily injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i).  During the change of plea hearing, the Court set a sentence date of November 6, 2024.  In response to two stipulations by the parties, the Court ordered a continuance of the sentencing date to May 14, 2025, and for a second time, to November 19, 2025.

2. Under the terms of the cooperation plea agreement, defendant agreed to provide information to the government and testify at trial with respect to the underlying matter.  Co-conspirators Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-count indictment.  See United States v. Jasveen SANGHA et. al, Case No. CR 24-236(A)-SPG.  Co-Conspirator SANGHA and PLASENCIA have both changed their pleas in the matter, but will not be sentenced until December 3, 2025 (Defendant PLASENCIA), Dkt. 78, and December 10, 2025 (defendant SANGHA), Dkt. 87.

//
//

3.   As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from November 19, 2025 to January 14, 2026, or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

| Dated: September 11, 2025 | Respectfully submitted, |
|---|---|
| | BILAL A. ESSAYLI<br>Acting United States Attorney |
| | JOSEPH T. MCNALLY<br>Assistant United States Attorney<br>Acting Chief, Criminal Division |
| | /s/<br>IAN V. YANNIELLO<br>HAOXIAOHAN CAI<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: September 11, 2025 | */s/ with email authorization*<br>ALAN EISNER<br>DMITRY GORIN<br>Attorneys for Defendant<br>KENNETH IWAMASA |