TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:    (213) 894-3667/0762
Facsimile:    (213) 894-0141
E-mail:    Ian.Yanniello@usdoj.gov
            Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-408-SPG |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT KENNETH IWAMASA |
| KENNETH IWAMASA, | **CURRENT SENTENCING DATE:  01/14/26** |
| Defendant. | **PROPOSED SENTENCING DATE: 04/13/26** |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, and defendant Kenneth IWAMASA ("defendant"), by and through his counsel of record, Alan Eisner and Dmitry Gorin, hereby stipulate as follows:

1.    On August 8, 2024, defendant pled guilty pursuant to a cooperation plea agreement to count one of the Information, which charges defendant with distribution of ketamine resulting in death

and serious bodily injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i).  During the change of plea hearing, the Court set a sentence date of November 6, 2024.  In response to three stipulations by the parties, the Court ordered a continuance of the sentencing date to May 14, 2025, for a second time, to November 19, 2025, and for a third time, to January 14, 2026.

2.    Under the terms of the cooperation plea agreement, defendant agreed to provide information to the government and testify at trial with respect to the underlying matter.  Co-conspirators Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-count indictment.  See United States v. Jasveen SANGHA et. al, Case No. CR 24-236(A)-SPG.  Co-conspirator Sangha has changed her plea in that matter, but has not yet been sentenced.  Co-conspirator Sangha sought a continuance of her sentencing date, which was granted, so her sentencing date will not be until February 25, 2026.  See id. Dkt. 108.

//

//

3.    As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from January 14, 2026 to April 13, 2026 or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: December 22, 2025          Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  _/s/_____
                                  IAN V. YANNIELLO
                                  Chief, National Security Division

                                  HAOXIAOHAN CAI
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

Dated: December 22, 2025          _/s/ with email authorization_
                                  ALAN EISNER
                                  DMITRY GORIN
                                  Attorneys for Defendant
                                  KENNETH IWAMASA