NOTE: CHANGES BY THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNETH IWAMASA,<br><br>　　　　Defendant. | No. CR 24-408-SPG<br><br>ORDER CONTINUING SENTENCING HEARING DATE<br><br>[PROPOSED] SENTENCING DATE:<br>04/13/26 at 10:00 a.m. |

　　The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant Kenneth IWAMASA ("defendant"). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

　　The sentencing for defendant, currently set for January 14, 2026, is continued to April 22, 2026 at 11:00 a.m.

　　IT IS SO ORDERED.

  December 23, 2025
　DATE

　　　　　　　　　　　　　　　　　　　　HONORABLE SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE