EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
DMITRY GORIN, State Bar # 178353
ROBERT HILL, State Bar # 306095
16000 Ventura Blvd., Suite 1000 Encino, CA 91436

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 24-00408-SPG |
| v. | |
| KENNETH IWAMASA | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Application for order to file under seal
2. Proposed order
3. Under seal document and exhibits

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| May 13, 2026 | Alan Eisner |
|---|---|
| Date | Attorney Name |
| | KENNETH IWAMASA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                      NOTICE OF MANUAL FILING OR LODGING