BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3667/0762
Facsimile:     (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-408-SPG |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS A - D TO THE GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT KENNETH IWAMASA; DECLARATION OF HAOXIAOHAN CAI |
| v. | |
| KENNETH IWAMASA, | |
| Defendant. | |

The government hereby applies ex parte for an order

directing that Exhibit A through D to the Government's Sentencing

Position for Defendant Kenneth IWAMASA, be filed under seal.

//

//

//

This application is based upon the attached declaration of Haoxiaohan Cai, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 13, 2026                Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   First Assistant United States
                                   Attorney

                                   IAN V. YANNIELLO
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                   _____/s/_____
                                   IAN V. YANNIELLO
                                   HAOXIAOHAN CAI
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**<u>DECLARATION OF HAOXIAOHAN CAI</u>**

I, HAOXIAOHAN CAI, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California assigned to this case, <u>United States v. KENNETH IWAMASA</u>, 24-CR-408-SPG.

2.    The government attached Exhibits A-D to its Sentencing Position for defendant IWAMASA and now seeks sealing of Exhibits A through D, as discussed below.

a. **Exhibit A** is a true and accurate copy of notes written by LAPD Robbery Homicide Division Detective Greg Stearns reflecting his visit to Matthew Perry's residence and statements made by defendant IWAMASA on October 28, 2023.

b. **Exhibit B** is a true and accurate copy of an interview statement form drafted by Detective Stearns memorializing an interview with defendant IWAMASA on January 25, 2024.

c. **Exhibit C** is a document provided by defendant IWAMASA to law enforcement regarding Mr. Perry's medical care, including medications taken, and medical advice received from Mr. Perry's physicians.  In relevant part, Exhibit C details a doctor's appointment between defendant and Mr. Perry's doctor on July 18, 2023, which defendant "decided to take by myself" without Mr. Perry present.  During this conversation, the doctor stated that he had an "addictions concern" about Mr. Perry and ketamine and advised that "he didn't want it being done as a self-administer[ed] program."

d. **Exhibit D** is a true and correct copy of a victim impact statement from L.F., the executor and trustee of Mr.

3

Perry's estate.

3.   The government requests sealing for victim privacy, as there are references to Mr. Perry's sensitive health information, as well as to third-parties who have not been charged in connection with the offense.  The exhibits were either previously produced to defendant or provided by the defendant in the first place.

4.   On May 13, 2026, myself and AUSA Ian Yanniello had a phone conversation with counsel for defendant, including Mr. Alan Eisner, and Mr. Robert Hill, regarding the government's ex parte request to file under seal, and they did not oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 13, 2026.

_____/s/_____
HAOXIAOHAN CAI