BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:      (213) 894-3667/0762
Facsimile:      (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>KENNETH IWAMASA,<br><br>            Defendant. | No. CR 24-408-SPG<br><br>VICTIM IMPACT STATEMENTS |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, hereby submits the attached victim impact statements (Exhibits A-C) in connection with defendant KENNETH IWAMASA's upcoming sentencing hearing.

//

//

The government's submission is pursuant to 18 U.S.C. § 3771.

Dated: May 20, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA