# Exhibit A

May 15, 2026

Dear Judge Garnett,

I know that the case surrounding my brother's death has been a sizable part of your docket over the last year. Thank you for your time and wisdom. As the person tasked with knowing and reflecting on every detail of the case, you may think it odd that I haven't paid attention to any of the proceedings or any of your decisions. I only know about major milestones because on those days, I suddenly have a lot of "thinking about you today" text messages from people who don't usually contact me when I pop into their head.

I haven't ignored the case because I'm disinterested. I just know focusing on it would keep me in a place of anger and resentment. I find those feelings tend to hurt me more than the people towards whom I direct them. Besides, no matter what happens in the case, my big brother Manew will still be dead.

The decision you are weighing now is not one I can so easily ignore. Until now, the defendants in this case have been suppliers—people willing to risk lives and exploit people living with substance use disorder for their own financial gain. I almost feel bad for them. It's an immoral way to make a living, if you ask me, but they are few of many and it's hard luck to be the ones who end up with tarnished names and time to do. I can find sympathy for just about anyone, you see.

I have no sympathy for Kenny Iwamasa. I wasn't there the night my brother died. I cannot read Kenny's thoughts. I will never know if the lethal dose of ketamine was only lethal by accident. But I know that when Kenny left the house, he was doing one of two things. He was either escaping from something he knew he had done or he was willfully abandoning a vulnerable person in a dangerous situation.

I would be foolish to say that I could never make a life-or-death kind of mistake. I hope I never do, of course. In the shock of such a thing, I can see how I might want to run away from what had happened. What I would not do is hound the grieving family left behind. I would not weave a story to cover my tracks. I would not try to extort a payout from a mother whose first-born son's life had been lost at my hands.

I'll never know if Kenny Iwasama understood what he was doing, but I hope someday he'll understand the gravity of his actions. If you ask me, he could use a good long time to think about it.

Warm regards,

Caitlin Morrison