# Exhibit B

To the Honorable Judge Sherilyn Garnett

5/13/26


Your Honor,


It is difficult to put into words the sense of betrayal I felt when I found out what Kenny had done. The idea that someone my brother considered family could betray him in such an unimaginable way is something I never could have conceived.

In many ways, it felt like my brother died all over again. Everything I believed about the day he died—everything Kenny told us—was a lie. I had to relive Matthew's death from an entirely new and devastating perspective.

Looking back, certain moments now feel painfully clear. A few days after Matthew died, my sister and I went to choose clothes for him to be buried in—one of the most surreal and heartbreaking experiences of my life. I remember how manic and unsettled Kenny seemed. He repeatedly volunteered his version of events without being asked, as if he were being interviewed rather than mourning a friend. At the time, I told myself he was simply in shock, grieving as we all were. In reality, he was trying to distract us from the truth: that he had injected my brother with a lethal dose of ketamine and left him in a hot tub to die.

Kenny even spoke at Matthew's funeral. The person responsible for my brother's death stood up and addressed the people who loved him most. That is like a cruel joke I still struggle with. He didn't just take my brother's life—he tainted our final memories of saying goodbye.

For the past two and a half years, my family has been living a kind of sentence of our own. I look forward to the day when thoughts of my brother are no longer tied to court dates and sentencing hearings. When I think of Matthew—of Manew—I want to smile again. I want to remember his laugh, his incredible humor, the game nights, and the movie marathons.

Your honor, you asked counsel a question at the sentencing of Jasveen Sangha about who was more culpable…the drug dealer responsible for supplying the drugs that killed my brother, or the so-called loyal assistant who bought the drugs by any means necessary, injected him with a lethal dose and left him to die. I think it's safe to guess what my answer would be.

I want to express my deepest gratitude to the LAPD detectives and the prosecutors who worked tirelessly on this case. Their dedication, persistence, and commitment have helped bring a small measure of closure to our family.

Thank you so much.


Sincerely,

Madeline Morrison