# Exhibit C

Statement by Suzanne Morrison

Judge Sherilyn Peace Garnett
U.S. District Court

Your Honor,

My name is Suzanne.  I am also Momma-Mooma, the name my son Matthew gave me.  The name I loved to hear for all those years.  He was my Matso, my Manew.
He was, in spite of all we went through, my heart and my soul.
And then one night he was just a body, lying all but naked on the cold damp grass of his backyard.  Helicopters circled overhead, eager for a glimpse of my dead little boy, a picture they could show the whole world while I stood out on the street in the cold and begged for a blanket to cover him.
Impossible, of course.

The next day I went to see him in a mortuary and he had been bathed and dressed and he looked almost beautiful and somehow relieved, like a gladiator who has finally earned his rest.

Matthew fought for half his life – more than half – against addiction.  Fought and failed and came back to fight again.  By the time of his death he knew more about that particular treachery than almost anyone.  He wanted to help others avoid the terrible thing he had lived with for so long, but he was also determined to continue his career as an actor and a writer.  He was so moved by the reaction to his book and he wanted to do more.

In the past, when the drugs got the better of him, he hid away so that no one would

know – which of course was the signal to us that it was time to get in there and get help.

Which is why we were relieved when he took on an assistant who – he believed and we believed – understood. He had known Kenny, and so had we, for 25 years.

 Mathew trusted Kenny. We trusted Kenny. Kenny's most important job – by far – was to be my son's companion and guardian in his fight against addiction.  His number one responsibility – ensure that Matthew remained what he wanted to be: drug free. Kenny knew, should he feel unduly pressured, that with one phone call to any number of the people in Matthew's orbit, reinforcements would be on the way, and his job would be safe.

But instead of protecting Matthew, he aided and abetted illegal drug taking, arranged for one source of supply, then another.. Shot the drugs into Matthew's body though he was not in the least qualified.. He did it even though he could see, anyone could have seen, it was so obviously dangerous.

And he did it again and again.

And when he had killed my son, he kept a sharp eye on me.  He sent me songs, he drew a little map to help me find my way around the cemetery. If he saw a rainbow – one of Matthew's favorite things – he would call me.  He insisted on speaking at Matthew's funeral.  He clung to me and the family as if he was somehow the good guy who tried to save Matthew.

And all along, he seemed to be watching me, checking…did I know something?

And then, when caught in his lies?

When it became obvious there would be no financial payout for him?  He threatened legal action to pry a settlement from workmen's comp.

We trusted a man without a conscience, and my son paid the price.

This is my  chance to thank all the investigators for their relentless determination to dig out the truth about Kenny.

I'm also very grateful for you, Judge Garnett, for your calm and careful deliberation.

And I have to say this: the word 'closure.' Such a thing doesn't exist.  Ask any mother whose child has been torn away so mercilessly.  Nothing takes this pain away, nor will it, I am sure, for as long as a live.