**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:    Chief Deputy/Fiscal

**Re:**    **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___2:24–cr–00408–SPG___

Defendant's Name: ___Kenneth Iwamasa___

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on ___7/17/2026___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :___7/23/2026___, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

**Verified via Bureau of Prisons website.**

_July 23, 2026_
Date

By _____/s/ *Ingrid Valdes*_____
Deputy Clerk

CR–86 (11/08)          VERIFICATION OF SURRENDER